UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER, Individually,

    Plaintiff,

v.     Case # 5:22-cv-00064-BKS-ML

TRIPAT, LLC, Individually,

    Defendant.
_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE [FRCP 21]**

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 21 that this action is dismissed without prejudice as to all claims, causes of action against TRIPAT, LLC.

Dated: March 7, 2022

*/s/ Tristan W. Gillespie, Esq.*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
600 Blakenham Ct.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF